# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

VICKY SAUCEDA                                                             PLAINTIFF

V.                        NO. 4:10CV00539 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 19th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE